

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00502-CV

_____

IN RE VICTOR ALEJANDRO MERAZ, Relator

Original Proceeding
324th District Court of Tarrant County, Texas
Trial Court No. 324-732291-23

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Habeas Corpus or in the Alternative Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Habeas Corpus or in the Alternative Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: September 24, 2025